## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    : No. 223 EAL 2021
:
                Respondent             :
:
                                      : Petition for Allowance of Appeal
:  from the **Published Opinion and**
               v.                    : **Order** of the Superior Court at No.
:  2821 EDA 2019, at 249 A.3d 1229
:  (Pa. Super. 2021) entered on April
MELVIN HOWARD,                 : 20, 2021, **affirming** the PCRA
:  Order of the Philadelphia County
            Petitioner           : Court of Common Pleas at No. CP-
:  51-CR-0304271-1988 entered on
:  September 11, 2019

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2021, the Petition for Allowance of Appeal is **GRANTED**. We **VACATE** the decision of the Superior Court and **REMAND** for the Superior Court to apply *Commonwealth v. Small*, 238 A.3d 1267 (Pa. 2020).

    Justice Dougherty files a concurring statement in which Justice Mundy joins.